Date: 07/07/10        **DIVIDENDS REMITTED TO THE COURT**        R#15055    Page: 1

Case Number 08-15160 - SHARP-GRIFFIN, RHONDA D.    #104

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| The Mobile Solution<br>C/O United Financial Service<br>333 Washington Blvd.<br>Marina Del Rey, CA 90292 | 000003 | 75.00 | 4.12 |
| ---------- Remittance Total ---------------- | | 75.00 | 4.12 |

*(signature)*
LAUREN A. HELBLING, Trustee

FILED 10 JUL -7 PM 12:54
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

COURT1        Printed: 07/07/10 09:40 AM    Ver: 15.10a